**CLIFFORD CHANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2023

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

By ECF

Direct Dial: +1 212 878 3270
E-mail: ernie.gao@cliffordchance.com

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 10, 2023

*[Handwritten endorsement: 1/11/2023 OK - no more extension after this. Colleen McMahon]*

Re:   Chu v. City of New York; Docket No. 22 Civ. 9705 (CM)

Dear Judge McMahon:  **MEMO ENDORSED**

Together with my colleagues Celeste Koeleveld and Brendan Stuart, I have been appointed Special Assistant Corporation Counsel in the Office of Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and have appeared as attorney for defendant in the above-referenced action. I write, with the consent of plaintiff's counsel, to respectfully request that the deadline to file the Parties' Case Management Plan, currently Thursday, January 12, 2023, be extended to February 10, 2023, which is seven days after the defendant's deadline to respond to the Complaint.

This is the second request for an extension of this deadline. It is being made to allow counsel for the parties to discuss further the allegations and claims set forth in the Complaint and confer on an appropriate schedule for managing the case. Counsel for the parties conferred this afternoon by video conference and expect to continue cooperative discussions in this respect over the coming weeks. This extension, if granted, would not affect any other scheduled dates. The Court has scheduled the initial pretrial conference for February 16, 2023. I thank the Court for its consideration of this request.

Respectfully submitted,

_s/ Ernie Gao_
Rijie Ernie Gao

Cc:   Lawrence M. Pearson (by ECF)