**CLIFFORD CHANCE**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

By ECF

Direct Dial: +1 212 878 8133
E-mail: brendan.stuart@cliffordchance.com

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 8, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2023

Re:   Chu v. City of New York; Docket No. 22 Civ. 9705 (CM)

Dear Judge McMahon:

**MEMO ENDORSED**

By Stipulation and Order dated February 1, 2023, in the above-referenced case, the City's response to the Amended Complaint is due on March 7, 2023, and the Case Management Plan is due on March 14, 2023. Accordingly, the parties respectfully request that the initial pretrial conference, currently set for Thursday, February 16, 2023, be adjourned to a date after March 14, 2023 that is convenient for the Court.

This is the first request for an adjournment of the initial pretrial conference and is being made to allow the parties to file their Case Management Plan in advance of the conference. This adjournment would not affect any other scheduled dates. I thank the Court for its consideration of this request.

Respectfully submitted,

Brendan J. Stuart

Cc:   Lawrence M. Pearson (by ECF)

*Ok, Conference adjourned to 3/23/2023 @ 10:00 A.M.*

*Colleen McMahon*
*2/9/2023*